FILED
2022 Jul-29 AM 10:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/DSM: AUG 2022
GJ #19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| DEON DETRAIL HAMLER and ) | |
| DEVON DEMARCUS HAMLER, ) | |
| Defendants. ) | |

## INDICTMENT

## INTRODUCTION

The Grand Jury charges:

At all times material to this indictment:

1. Defendant **DEON DETRAIL HAMLER** was a convicted felon, who was prohibited by federal law from purchasing or possessing firearms.

2. Defendant **DEVON DEMARCUS HAMLER** was a relative of **DEON HAMLER.**

3. Guns and Ammo, LLC, doing business as Guns and Ammo, LLC, was a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, and operated in Tuscaloosa County, Alabama.

4. A person receiving/buying a firearm from a federally licensed dealer of firearms ("transferee/buyer") is legally required to complete and certify the

accuracy of a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record ("Form 4473") pertaining to the transaction.

**COUNT ONE: [18 U.S.C. § 371]**

The Grand Jury charges that:

1. The Grand Jury realleges and incorporates by reference those matters set forth in the Introduction section of this Indictment as though fully stated herein.

2. On or about the 20th day of April 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendants,

**DEON DETRAIL HAMLER and
DEVON DEMARCUS HAMLER,**

knowingly, willfully, and unlawfully combined, conspired, confederated, and agreed to commit offenses against the United States, that is, to illegally obtain a firearm, that is, a **Glock 9mm pistol**, by false representations, in that, **DEVON HAMLER** on behalf of **DEON HAMLER**, did knowingly make and cause to be made false and fictitious written statements to an employee of Guns and Ammo, LLC, which statements were intended and likely to deceive said employee of Guns and Ammo, LLC, as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, United States Code, in that **DEVON HAMLER** falsely represented that he was the actual transferee/buyer of the stated

firearm on the Form 4473 when in truth and in fact, as the defendants then knew, he was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18, United States Code, Section 371.

## OBJECT OF THE CONSPIRACY

3. It was the object of the conspiracy that **DEON HAMLER** and **DEVON HAMLER** would and did obtain a firearm that they did not purchase lawfully from a licensed dealer of firearms.

## OVERT ACTS

4. In furtherance of the conspiracy, and to accomplish the object thereof, **DEON HAMLER** and **DEVON HAMLER** committed and caused to be committed, in the Northern District of Alabama, the following overt acts, among others, which occurred on or about April 20, 2022:

   a) **DEON HAMLER** withdrew United States currency from Truist Bank in Tuscaloosa County, Alabama.

   b) **DEON HAMLER** traveled to Guns and Ammo, LLC, in Tuscaloosa, County, Alabama.

   c) **DEVON HAMLER** traveled to Guns and Ammo, LLC.

   d) **DEON HAMLER** gave United States currency to **DEVON HAMLER** for the purpose of illegally purchasing a firearm.

e) **DEON HAMLER** and **DEVON HAMLER** entered Guns and Ammo, LLC.

f) **DEON HAMLER** and **DEVON HAMLER** looked at firearms offered for sale by Guns and Ammo, LLC.

g) **DEON HAMLER** told an employee of Guns and Ammo, LLC, that **DEVON HAMLER** wanted to purchase firearms.

h) **DEVON HAMLER** executed a Form 4473 stating in essence he was the true purchaser of the firearm, when in truth he was purchasing the firearm for **DEON HAMLER**.

i) **DEVON HAMLER** purchased a **Glock 9mm pistol, bearing serial number YCM787,** from Guns and Ammo, LLC.

j) **DEVON HAMLER** used the United States currency given to him by **DEON HAMLER** to purchase said **Glock 9mm pistol, bearing serial number YCM787,** from Guns and Ammo, LLC.

k) **DEVON HAMLER** took receipt of said **Glock 9mm pistol, bearing serial number YCM787** from Guns and Ammo, LLC.

l) **DEVON HAMLER** transferred said **Glock 9mm pistol, bearing serial number YCM787**, to **DEON HAMLER.**

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO:** **[18 U.S.C. § 922(a)(6)]**

The Grand Jury charges:

That on or about the 20th day of April 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**DEVON DEMARCUS HAMLER,**

in connection with the acquisition of a firearm, specifically, a **Glock 9mm pistol**, from Guns and Ammo, LLC, doing business as Guns and Ammo, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Guns and Ammo, LLC, which statement was intended and likely to deceive Guns and Ammo, LLC, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that the defendant falsely represented that he was the actual transferee/buyer of the firearm on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, when in truth and in fact, as he then knew, he was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

**COUNT THREE:** **[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges:

That on or about the 20th day of April 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### DEON DETRAIL HAMLER,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a **Glock 9mm pistol**, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1). HAMLER was convicted on December 3, 2012, in the Circuit Court of Tuscaloosa County, Alabama of the offenses of **Criminal Possession of Forged Instrument second-degree**, in case number CC-2011-538, and **Unlawful Possession of Marijuana first-degree**, in case number CC-2011-2631, each of the said offenses being a crime punishable by imprisonment for a term exceeding one year.

## COUNT FOUR: [18 U.S.C. § 922(d)(1)]

The Grand Jury charges:

That on or about the 20th day of April 2022, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

### DEVON DEMARCUS HAMLER,

knowingly transferred a firearm, that is a **Glock 9mm pistol**, to **DEON HAMLER**, knowing and having reasonable cause to believe that **DEON HAMLER** had been convicted of a crime punishable by imprisonment for a term

exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Counts One, Two, Three, and Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Counts One, Two, Three, and Four of this Indictment for violations of 18 U.S.C. § 371 and 18 U.S.C. § 922(a)(6), (d)(1), and (g)(1), the Defendants shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, a **Glock 9mm pistol bearing serial number YCM787, and any associated magazines and ammunition.**

A TRUE BILL

*/s/ Electronic Signature*
FOREREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
DANIEL S. MCBRAYER
Assistant United States Attorney